IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOTTOM LINE, INC., | ) | Case No. 15-445L |
| Plaintiff, | ) | Senior Judge Eric G. Bruggink |
| v. | ) | *Electronically filed May 30, 2017* |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's May 30, 2017, order (ECF No. 30), the parties submit this joint status report.

The parties continue to work cooperatively in this case. In recent weeks, counsel for Plaintiff transmitted certain information related to the subject property to counsel for the United States, which counsel for the United States is continuing to review. On May 12, 2017, counsel for both parties discussed this case by telephone and, on the same date, counsel for the United States transmitted several discovery requests to Plaintiff.

The parties agree that a further continuance of the stay in this case is warranted and, therefore, request that the stay of this case be continued for ninety days and that the parties be ordered to file a further joint status by no later than August 28, 2017. During this time, the parties contemplate exchanging written discovery and continuing to discuss possible future steps in this matter.

Dated:  May 30, 2017            Respectfully submitted,

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| By   */s/ Brandon K. Moffitt*<br>BRANDON K. MOFFITT<br>Moffitt & Phillips, PLLC<br>204 Executive Ct., Suite 100<br>Little Rock, Arkansas 72205<br>Telephone: 501.255.7406<br>Facsimile: 866.460.5744<br>Bmoffitt@moffittandphillips.com | By   */s/ William J. Shapiro*<br>WILLIAM J. SHAPIRO<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814<br>Telephone: 916-930-2207<br>Facsimile: 916-930-2210<br>Email:  William.Shapiro@usdoj.gov |
| ATTORNEYS FOR PLAINTIFF | Krystalyn Kinsel<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Post Office Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  202-305-0484<br>Facsimile:  202-305-0506<br>E-mail:  Krystalyn.Kinsel@usdoj.gov |
| | ATTORNEYS FOR THE UNITED STATES |