# In the United States Court of Federal Claims

No. 15-445L
(Filed: June 5, 2017)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BOTTOM LINE, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For good cause shown and pursuant to the joint status report filed on May 30, 2017, the stay is continued and a joint status report is due on or before August 28, 2017.

    s/ Eric G. Bruggink
    ERIC G. BRUGGINK
    Senior Judge