## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BOTTOM LINE, INC.,  )<br>  )<br>                  Plaintiff,  )<br>  )<br>           v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>                  Defendant.  )  | Case No. 15-445L<br>Senior Judge Eric G. Bruggink<br><br>**Electronically filed August 28, 2017** |

### JOINT STATUS REPORT

Pursuant to this Court's June 5, 2017, order (ECF No. 33), the parties submit this joint status report.

The parties continue to work cooperatively in this case. In recent weeks, counsel for Plaintiff transmitted certain discovery responses to counsel for the United States, which counsel for the United States is continuing to review. On August 21, 2017, counsel for both parties discussed proposed next steps for this case by telephone. Counsel for the parties talked again by telephone on August 28, 2017.

The parties have discussed proposed dates for next steps, but agree that they need some additional time to finalize a joint schedule. The parties, therefore, propose that they file a further joint status report, with a proposed schedule for further proceedings, on September 7, 2017.

Dated:  August 28, 2017

Respectfully submitted,

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| By  */s/ Brandon K. Moffitt*<br>BRANDON K. MOFFITT<br>Moffitt & Phillips, PLLC<br>204 Executive Ct., Suite 100<br>Little Rock, Arkansas 72205<br>Telephone: 501.255.7406<br>Facsimile: 866.460.5744<br>Bmoffitt@moffittandphillips.com | By  */s/ William J. Shapiro*<br>WILLIAM J. SHAPIRO<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814<br>Telephone: 916-930-2207<br>Facsimile: 916-930-2210<br>Email:  William.Shapiro@usdoj.gov |
| ATTORNEYS FOR PLAINTIFF | Krystalyn Kinsel<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Post Office Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  202-305-0484<br>Facsimile:  202-305-0506<br>E-mail:  Krystalyn.Kinsel@usdoj.gov |
| | ATTORNEYS FOR THE UNITED STATES |