IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BOTTOM LINE, INC., | ) | Case No. 15-445L |
| | ) | |
| Plaintiff, | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| v. | ) | *Electronically filed September 7, 2017* |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's August 29, 2017 Order (ECF No. 35), the parties submit this joint status report.

The parties continue to work cooperatively in this case. The parties seek to maintain flexibility in the discovery process and continue to work together in an effort to reach a resolution in the matter. The parties propose the following schedule:

**November 9, 2017**:    The United States will file an Answer to Plaintiff's Amended Complaint.

**November 29, 2017**:   The parties will conduct an Early Meeting of Counsel, consistent with paragraph 3 of Appendix A of the Rules of the Court of Federal Claims ("RCFC").

**December 13, 2017**:   The parties will exchange Initial Disclosures, consistent with RCFC 26(a)(1)(C).

**December 20, 2017**:   The parties will file a Joint Preliminary Status Report, consistent with paragraph 4 of Appendix A of the RCFC, which will include a proposal for next steps.

Dated:  September 7, 2017

Respectfully submitted,

MOFFIT & PHILLIPS, PLLC                    JEFFREY H. WOOD
                                           Acting Assistant Attorney General


By   */s/ Brandon K. Moffitt*             By   */s/ William J. Shapiro*
BRANDON K. MOFFITT                         WILLIAM J. SHAPIRO
Moffitt & Phillips, PLLC                   U.S. Department of Justice
204 Executive Ct., Suite 100              Environment and Natural Resources Division
Little Rock, Arkansas 72205               Natural Resources Section
T e l e p h o n e : 501.255.7406          501 I Street, Suite 9-700
Facsimile: 866.460.5744                   Sacramento, CA  95814
Bmoffitt@moffittandphillips.com           Telephone: 916-930-2207
                                           Facsimile: 916-930-2210
                                           Email:  William.Shapiro@usdoj.gov


ATTORNEYS FOR PLAINTIFF                    Krystalyn Kinsel
                                           United States Department of Justice
                                           Environment & Natural Resources Division
                                           Natural Resources Section
                                           Post Office Box 7611
                                           Washington, D.C. 20044-7611
                                           Telephone:  202-305-0484
                                           Facsimile:  202-305-0506
                                           E-mail:  Krystalyn.Kinsel@usdoj.gov


                                           ATTORNEYS FOR THE UNITED STATES